COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Virginia Chizer v. Leonard R. Smith and the Office of the
                         Attorney General of Texas

Appellate case number:   01-12-01031-CV

Trial court case number: 44555

Trial court:             300th District Court of Brazoria County

Appellant, Virginia Chizer, has filed a "Second Motion to Court Filed Before the Due Date for the Appellant's Brief." We deny the motion.

In her motion, Chizer "ask[s] for the Court to give me some understanding about the overpayment letter that was filed in the trial court." Chizer states that she was informed, in the trial court, that there was an overpayment placed on her "Visa Child Support Texas Debit Card," that she was not entitled to the money on the debit card, that she was asked to return the overpayment to the non-custodial father, that she was unaware that the money had been placed on her debit card, that she does not know if she is entitled to any of the money "that remains on [her] cancelled Visa Child Support Texas Debit Card as back pay money for child support," and that she does not know if she is "entitled to any of the money that was placed on [her] cancelled" debit card. Chizer requests "that only the Court of Appeals make a ruling on the issues mentioned in this motion and give further instructions as to what needs to be done in [her] case."

Chizer fails to allege either that the trial court committed error or that some action needs to be taken by this Court or by any party prior to the filing of Chizer's brief. Instead, Chizer requests that we either provide her with legal advice regarding the proceedings in the trial court or how to proceed on appeal or that we render an advisory opinion in this case. This Court, however, must remain a neutral arbiter over these proceedings and may not render advisory opinions. *See Valley Baptist Med. Ctr. v. Gonzalez*, 33 S.W.3d 821, 822 (Tex. 2000); *Speer v. Presbyterian Children's Home & Serv. Agency*, 847 S.W.2d 227, 229 (Tex. 1993); *Rodriguez v. Tex. Dep't of Family &*

*Prot. Servs.*, No. 03-07-00467-CV, 2008 WL 1990006, at *1 (Tex. App.—Austin May 8, 2008, no pet.) (mem. op.). Accordingly, Chizer's motion is DENIED.

Further, the complete record in this case was filed on October 15, 2013. Chizer's brief was therefore due on November 14, 2013. *See* TEX. R. APP. P. 38.6(a). Chizer has failed to timely file a brief. *See id.* Accordingly, we notify Chizer that the Court may dismiss this appeal for want of jurisdiction unless, within 10 days of the date of this order, she files her brief, presenting arguments contending that the trial court committed reversible error below or otherwise demonstrating that an actual case or controversy exists in these proceedings, and a motion for extension of time explaining her failure to timely file her brief. *See* TEX. R. APP. P. 10.5(b)(1), 38.6(d), 38.8(a), 42.3(a), (b). Appellees may file a response to this notice to address any significant injury incurred by Chizer's failure to timely file a brief. *See* TEX. R. APP. P. 38.8(a). Appellees' response, if any, must be filed by the deadline given above.

It is so ORDERED.


Judge's signature: /s/ Sherry Radack
            ☑ Acting individually     ☐ Acting for the Court


Date: November 26, 2013